# FILED

JAN 2 4 2005

5/05 misc. / kjs

MICHAEL W DOBBINS Copy
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| RICHARD GIROT,<br><br>    Plaintiff,<br><br>v.<br><br>MUNICIPAL OFFICERS ELECTORAL BOARD<br>of the City of Braidwood, SUE GRYGIEL,<br>KATHLEEN HEBERER and HOMER COLE,<br>both in their official capacities and individually,<br>and the CITY OF BRAIDWOOD,<br>a Municipal Corporation<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   NO.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## 05 C 419

### JUDGE PALLMEYER'

### MAGISTRATE JUDGE
### GERALDINE SOAT BROWN

## NOTICE OF REMOVAL

NOW COME the Defendants, MUNICIPAL OFFICERS ELECTORAL BOARD OF THE

CITY OF BRAIDWOOD, SUE GRYGIEL, KATHLEEN HEBERER, HOMER COLE and the

CITY OF BRAIDWOOD, a Municipal Corporation, by and through their attorneys, KNIGHT,

HOPPE, KURNIK & KNIGHT, L.LC.; and, pursuant to 28 U.S.C. §1441(a,), §1441(b), §1441(c)

and §1446, removes this cause from the Circuit Court for the Twelfth Judicial Circuit, Will County,

Illinois. In support thereof, the undersigned submits the following:

1.    The action in question, denominated <u>Richard Girot v. Municipal Officers Electoral</u>

<u>Board of the City of Braidwood, et al.</u>, is presently pending in the Circuit Court for the Twelfth

Judicial Circuit, Will County, Illinois, Docket Number 04 L 734. A true and accurate copy of the

Complaint and Summons is attached hereto.

2.    The action in question arises out of an alleged due process and equal protection violation of the law in that one of the members of the Municipal Officers Electoral Board was both a witness and a voting member on the Plaintiff's nominating petitions for the position of mayor for the City of Braidwood.

3.    The action in question seeks recovery of damages under 42 U.S.C. §1983 in Counts I through VIII of the Plaintiff's Complaint.

4.    This is an action over which the federal courts have original jurisdiction under 28 U.S.C. §1343.

5.    28 U.S.C. §1441 provides for removal of actions arising under the laws of the Constitution of the United States.

6.    This Petition for Removal is timely filed under 28 U.S.C. §1446(b), as it is filed within thirty (30) days of service upon the Defendants.

WHEREFORE, the Defendants, MUNICIPAL OFFICERS ELECTORAL BOARD OF THE CITY OF BRAIDWOOD, SUE GRYGIEL, KATHLEEN HEBERER, HOMER COLE and the CITY OF BRAIDWOOD, a Municipal Corporation, pray that this Court exercise jurisdiction over this cause and that this action be removed to this Court and Division.

Respectfully submitted by,

VINCENT C. CIPOLLA, One of the Attorneys for
Defendants MUNICIPAL OFFICERS ELECTORAL
BOARD OF THE CITY OF BRAIDWOOD, SUE
GRYGIEL, KATHLEEN HEBERER, HOMER COLE
and the CITY OF BRAIDWOOD, a Municipal
Corporation

- 2 -

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, certifies that the original of the foregoing **NOTICE OF REMOVAL** was filed with the Clerk for the United States District Court; a copy thereof was filed with the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois, Indiana; and a copy thereof was served upon the following, by depositing same in the U.S. Mail, first-class postage prepaid on the ___14th____ day of _____January_____, 2005:

> Scott Pyles, Esq.
> Krockey, Cernugel, Cowgill, Clark & Pyles, Ltd.
> 3100 Theodore Street, Suite 101
> Joliet, Illinois 60435
> (815-729-3600)

VINCENT C. CIPOLLA

KNIGHT, HOPPE, KURNIK & KNIGHT, L.L.C.
Attorneys for Defendants MUNICIPAL OFFICERS
ELECTORAL BOARD OF THE CITY OF BRAIDWOOD,
SUE GRYGIEL, KATHLEEN HEBERER, HOMER COLE
and the CITY OF BRAIDWOOD, a Municipal Corporation
2860 River Road · · Suite 400
Des Plaines, Illinois 60018-6009
(847) 298-8000



STATE OF ILLINOIS ) 
                )   SS.
COUNTY OF WILL )

IN THE CIRCUIT COURT FOR THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

RICHARD GIROT, )
             Plaintiff, )
                    )
      vs.           )   No.
                    )      **04 L    734**
MUNICIPAL OFFICERS ELECTORAL BOARD )
of the City of Braidwood, SUE )
GRYGIEL, KATHLEEN HEBERER and )
HOMER COLE, both in their official )
capacities and Individually, and )
the CITY OF BRAIDWOOD, a Municipal )
Corporation, )
           Defendants. )

### COMPLAINT AT LAW

NOW COMES the Plaintiff, RICHARD GIROT, by and through his
Attorneys, KROCKEY, CERNUGEL, COWGILL, CLARK & PYLES, LTD., and
complaining of the Defendants, MUNICIPAL OFFICERS ELECTORAL BOARD
of the City of Braidwood, SUE GRYGIEL, KATHLEEN HEBERER, and
HOMER COLE, both in their official capacities and Individually,
and the CITY OF BRAIDWOOD, a Municipal Corporation, and each of
them, states as follows:

### COUNT I

1. That this is a civil action seeking damages against
Defendants for committing acts, under color of law, which
deprived Plaintiff of rights secured under the Constitution and
laws of the United States; for conspiring for purpose of impeding
and hindering the due course of justice, with intent to deny
Plaintiff equal protection of laws; and for refusing or
neglecting to prevent such deprivations and denials to Plaintiff.
The Court has jurisdiction of this action under 42 U.S.C. Sec.
1983 and 28 U.S.C. Sec. 1343.     Initial case management set for
                           4-19-05   at: 8:30 am

2. Plaintiff, RICHARD GIROT, is a citizen and resident of the City of Braidwood, State of Illinois, and the United States of America.

3. Defendant, CITY OF BRAIDWOOD, is a Municipal Corporation, organized under the laws of the State of Illinois.

4. Defendant, SUE GRYGIEL, was the duly appointed city clerk and a member of the MUNICIPAL OFFICERS ELECTORAL BOARD of the City of Braidwood, at all times relevant to this Complaint.

5. Defendant, KATHLEEN HEBERER, was a city commissioner and a member of the MUNICIPAL OFFICERS ELECTORAL BOARD of the City of Braidwood, at all times relevant to this Complaint.

6. Defendant, HOMER COLE, was a city commissioner and member of the MUNICIPAL OFFICERS ELECTORAL BOARD of the City of Braidwood, at all times relevant to this Complaint.

7. Plaintiff sues each and all Defendants in their official capacities.

8. At all times material to this Complaint, Defendants SUE GRYGIEL, KATHLEEN HEBERER, and HOMER COLE, acted under color of the statutes, customs, ordinances and usage of the State of Illinois, the City of Braidwood, and the MUNICIPAL OFFICERS ELECTORAL BOARD of the City of Braidwood.

9. That on December 7, 2002, Plaintiff, RICHARD GIROT, filed his nomination papers for the office of mayor for the City of Braidwood which were personally received by city clerk, SUE GRYGIEL.

10. That on or about December 23, 2002, an objector filed objections to RICHARD GIROT'S nomination papers alleging among

-2-

other defects that when the petitions were filed with the city clerk, SUE GRYGIEL, they were not bound.

11. That on or about December 30, 2002, the MUNICIPAL OFFICERS ELECTORAL BOARD of the City of Braidwood convened with members SUE GRYGIEL, KATHLEEN HEBERER, and HOMER COLE, for the purpose of hearing and deciding objections to the nomination papers of Plaintiff, RICHARD GIROT, for mayor of the City of Braidwood.

12. That on December 30, 2002, the Plaintiff, RICHARD GIROT, appeared at a hearing on objections to his petitions to run for mayor of the City of Braidwood.

13. That prior to the commencement of the hearing on his nomination papers, Plaintiff, RICHARD GIROT, informed said Defendants that board member, SUE GRYGIEL, would be a witness in said hearing and asked for her to be replaced on the board.

14. The board denied Plaintiff, RICHARD GIROT'S, request to have a replacement named to the board and further, SUE GRYGIEL did not recuse herself from the board.

15. On December 30, 2002, another Municipal Officers Electoral Board for the City of Braidwood allowed city clerk, SUE GRYGIEL, to act as both witness and board member in a hearing on objections to candidate James Hutton's petitions for the office of city commissioner.

16. On January 7, 2003, the hearing commenced on the objections to RICHARD GIROT'S nomination papers. Board member, SUE GRYGIEL, testified on behalf of both the objector and RICHARD GIROT.

-3-

17.  At the conclusion of the hearing the board voted 2-1, with board member SUE GRYGIEL, casting the deciding vote, to remove RICHARD GIROT from the ballot.  In its decision, the board expressly found the testimony of SUE GRYGIEL to be credible in reaching its decision.

18.  That the Plaintiff, RICHARD GIROT, was entitled to a fair, unbiased panel to hear the objections and make findings upon said objections as guaranteed by the Fourteenth Amendment due process clause and Article I Section 2 of the Illinois Constitution.

19.  That the CITY OF BRAIDWOOD through its Municipal Officers Electoral Board then and there were guilty of one or more of the following wrongful acts:

    a)  Adopted a decision which allowed a board member to sit as a factfinder while being called as a witness at the same hearing;

    b)  Failed to provide the Plaintiff with a fair hearing on said objections;

    c)  Denied Plaintiff's request to replace board member, SUE GRYGIEL; and

    d)  Denied Plaintiff of his Fourteenth Amendment due process rights of an impartial hearing on his election petitions.

20.  That as a direct and proximate result of the actions of the Defendants, SUE GRYGIEL, KATHLEEN HEBERER, and HOMER COLE, in their official capacity as members of the MUNICIPAL OFFICERS ELECTORAL BOARD of the City of Braidwood, and the CITY OF

-4-

BRAIDWOOD, a municipal corporation, the Plaintiff, RICHARD GIROT, was injured, deprived of his freedom, humiliated, embarrassed, suffered great and lasting mental anguish, denied a political opportunity, and was thereby injured and damaged.

21.  That the Plaintiff is entitled to his costs and reasonable attorneys fees incurred herein pursuant to 42 United State Code, Section 1988.

22.  As a result of their concerted unlawful action, the CITY OF BRAIDWOOD through the Municipal Officers Electoral Board consisting of Defendants, SUE GRYGIEL, KATHLEEN HEBERER, and HOMER COLE, deprived the Plaintiff of his right to due process and impeded the due course of justice, in violation of the Fifth and Fourteenth Amendments of the Constitution of the United States and 42 U.S.C. Sec. 1983.

WHEREFORE, the Plaintiff, RICHARD GIROT, prays judgment against the Defendant, CITY OF BRAIDWOOD, a Municipal Corporation, for a fair and reasonable sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), for attorneys fees and costs, and for such other relief as is just and proper.

### COUNT II

1-18. That the Plaintiff realleges paragraphs 1 through 18 of Count I as paragraphs 1 through 18 of this Count II and hereby incorporates them as though fully set forth herein.

19.  That the MUNICIPAL OFFICERS ELECTORAL BOARD of the City of Braidwood then and there were guilty of one or more of the following wrongful acts:

-5-

a) Adopted a decision which allowed a board member to sit as a factfinder while being called as a witness at the same hearing;

b) Failed to provide the Plaintiff with a fair hearing on said objections;

c) Denied Plaintiff's request to replace board member, SUE GRYGIEL; and

d) Denied Plaintiff of his Fourteenth Amendment due process rights of an impartial hearing on his election petitions.

20. That as a direct and proximate result of the actions of the Defendants, SUE GRYGIEL, KATHLEEN HEBERER, and HOMER COLE, in their official capacity as members of the MUNICIPAL OFFICERS ELECTORAL BOARD of the City of Braidwood, and the CITY OF BRAIDWOOD, a municipal corporation, the Plaintiff, RICHARD GIROT, was injured, deprived of his freedom, humiliated, embarrassed, suffered great and lasting mental anguish, denied a political opportunity, and was thereby injured and damaged.

21. That the Plaintiff is entitled to his costs and reasonable attorneys fees incurred herein pursuant to 42 United State Code, Section 1988.

22. As a result of their concerted unlawful action, the City of Braidwood through the MUNICIPAL OFFICERS ELECTORAL BOARD consisting of Defendants, SUE GRYGIEL, KATHLEEN HEBERER, and HOMER COLE, deprived the Plaintiff of his right to due process and impeded the due course of justice, in violation of the Fifth and Fourteenth Amendments of the Constitution of the United

States and 42 U.S.C. Sec. 1983.

WHEREFORE, the Plaintiff, RICHARD GIROT, prays judgment against the Defendant, MUNICIPAL OFFICERS ELECTORAL BOARD of the City of Braidwood, for a fair and reasonable sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), for attorneys fees and costs, and for such other relief as is just and proper.

## COUNT III

1-18. That the Plaintiff realleges paragraphs 1 through 18 of Count I as paragraphs 1 through 18 of this Count III and hereby incorporates them as though fully set forth herein.

19. That on or about December 30, 2002, the Plaintiff, RICHARD GIROT, was lawfully present at the hearing at Braidwood City Hall in the City of Braidwood, State of Illinois.

20. That at the time and place aforesaid, and subsequent thereto, Defendant, SUE GRYGIEL, in her official capacity as a member of the MUNICIPAL OFFICERS ELECTORAL BOARD, was then and there guilty of one or more of the following wrongful acts:

a) Failed to substitute biased board member, SUE GRYGIEL;

b) Failed to provide the Plaintiff with a fair hearing on said objections;

c) Denied Plaintiff's request to replace board member, SUE GRYGIEL; and

d) Denied Plaintiff of his Fourteenth Amendment due process rights of an impartial hearing on his election petitions.

21. That as a direct and proximate result of the actions of the Defendant, SUE GRYGIEL, in her official capacity, the Plaintiff, RICHARD GIROT, was injured, deprived of his freedom,

-7-

humiliated, embarrassed, suffered great and lasting mental anguish, denied a political opportunity, and was thereby injured and damaged.

22. That the Plaintiff is entitled to recovery of his costs and reasonable attorneys fees incurred herein pursuant to 42 United States Code, Section 1988.

WHEREFORE, the Plaintiff, RICHARD GIROT, prays judgment against the Defendant, SUE GRYGIEL, in her official capacity, for a fair and reasonable sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), for attorneys fees and costs, and for such other relief as is just and proper.

### COUNT IV

1-18. That the Plaintiff realleges paragraphs 1 through 18 of Count I as paragraphs 1 through 18 of this Count IV and hereby incorporates them as though fully set forth herein.

19. That on or about December 30, 2002, the Plaintiff, RICHARD GIROT, was lawfully present at the hearing at Braidwood City Hall in the City of Braidwood, State of Illinois.

20. That at the time and place aforesaid, and subsequent thereto, Defendant, KATHLEEN HEBERER, in her official capacity as a member of the MUNICIPAL OFFICERS ELECTORAL BOARD, was then and there guilty of one or more of the following wrongful acts:

a) Failed to substitute biased board member, SUE GRYGIEL;

b) Failed to provide the Plaintiff with a fair hearing on said objections;

c) Denied Plaintiff's request to replace board member, SUE GRYGIEL; and

-8-

d) Denied Plaintiff of his Fourteenth Amendment due process rights of an impartial hearing on his election petitions.

21. That as a direct and proximate result of the actions of the Defendant, KATHLEEN HEBERER, in her official capacity, the Plaintiff, RICHARD GIROT, was injured, deprived of his freedom, humiliated, embarrassed, suffered great and lasting mental anguish, denied a political opportunity, and was thereby injured and damaged.

22. That the Plaintiff is entitled to recovery of his costs and reasonable attorneys fees incurred herein pursuant to 42 United States Code, Section 1988.

WHEREFORE, the Plaintiff, RICHARD GIROT, prays judgment against the Defendant, KATHLEEN HEBERER, in her official capacity, for a fair and reasonable sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), for attorneys fees and costs, and for such other relief as is just and proper.

### COUNT V

1-18. That the Plaintiff realleges paragraphs 1 through 18 of Count I as paragraphs 1 through 18 of this Count V and hereby incorporates them as though fully set forth herein.

19. That on or about December 30, 2002, the Plaintiff, RICHARD GIROT, was lawfully present at the hearing at Braidwood City Hall in the City of Braidwood, State of Illinois.

20. That at the time and place aforesaid, and subsequent thereto, Defendant, HOMER COLE, in his official capacity as a member of the MUNICIPAL OFFICERS ELECTORAL BOARD, was then and

-9-

there guilty of one or more of the following wrongful acts:

    a)   Failed to substitute biased board member, SUE GRYGIEL;

    b)   Failed to provide the Plaintiff with a fair hearing on said objections;

    c)   Denied Plaintiff's request to replace board member, SUE GRYGIEL; and

    d)   Denied Plaintiff of his Fourteenth Amendment due process rights of an impartial hearing on his election petitions.

21.  That as a direct and proximate result of the actions of the Defendant, HOMER COLE, in his official capacity, the Plaintiff, RICHARD GIROT, was injured, deprived of his freedom, humiliated, embarrassed, suffered great and lasting mental anguish, denied a political opportunity, and was thereby injured and damaged.

22.  That the Plaintiff is entitled to recovery of his costs and reasonable attorneys fees incurred herein pursuant to 42 United States Code, Section 1988.

WHEREFORE, the Plaintiff, RICHARD GIROT, prays judgment against the Defendant, HOMER COLE, in his official capacity, for a fair and reasonable sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), for attorneys fees and costs, and for such other relief as is just and proper.

COUNT VI

1-18.  That the Plaintiff realleges paragraphs 1 through 18 of Count I as paragraphs 1 through 18 of this Count VI and hereby incorporates them as though fully set forth herein.

-10-

19.   That on or about December 30, 2002, the Plaintiff, RICHARD GIROT, was lawfully present at the hearing at Braidwood City Hall in the City of Braidwood, State of Illinois.

20.   That at the time and place aforesaid, and subsequent thereto, Defendant, SUE GRYGIEL, Individually, was then and there guilty of one or more of the following wrongful acts:

    a)   Failed to substitute biased board member, SUE GRYGIEL;

    b)   Failed to provide the Plaintiff with a fair hearing on said objections;

    c)   Denied Plaintiff's request to replace board member, SUE GRYGIEL; and

    d)   Denied Plaintiff of his Fourteenth Amendment due process rights of an impartial hearing on his election petitions.

21.   That as a direct and proximate result of the actions of the Defendant, SUE GRYGIEL, Individually, the Plaintiff, RICHARD GIROT, was injured, deprived of his freedom, humiliated, embarrassed, suffered great and lasting mental anguish, denied a political opportunity, and was thereby injured and damaged.

22.   That the Plaintiff is entitled to recovery of his costs and reasonable attorneys fees incurred herein pursuant to 42 United States Code, Section 1988.

WHEREFORE, the Plaintiff, RICHARD GIROT, prays judgment against the Defendant, SUE GRYGIEL, Individually, for a fair and reasonable sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), for attorneys fees and costs, and for such other relief as is just and proper.

## COUNT VII

1-18. That the Plaintiff realleges paragraphs 1 through 18 of Count I as paragraphs 1 through 18 of this Count VII and hereby incorporates them as though fully set forth herein.

19. That on or about December 30, 2002, the Plaintiff, RICHARD GIROT, was lawfully present at the hearing at Braidwood City Hall in the City of Braidwood, State of Illinois.

20. That at the time and place aforesaid, and subsequent thereto, Defendant, KATHLEEN HEBERER, Individually, was then and there guilty of one or more of the following wrongful acts:

   a)   Failed to substitute biased board member, SUE GRYGIEL;

   b)   Failed to provide the Plaintiff with a fair hearing on said objections;

   c)   Denied Plaintiff's request to replace board member, SUE GRYGIEL; and

   d)   Denied Plaintiff of his Fourteenth Amendment due process rights of an impartial hearing on his election petitions.

21. That as a direct and proximate result of the actions of the Defendant, KATHLEEN HEBERER, Individually, the Plaintiff, RICHARD GIROT, was injured, deprived of his freedom, humiliated, embarrassed, suffered great and lasting mental anguish, denied a political opportunity, and was thereby injured and damaged.

22. That the Plaintiff is entitled to recovery of his costs and reasonable attorneys fees incurred herein pursuant to 42 United States Code, Section 1988.

-12-

WHEREFORE, the Plaintiff, RICHARD GIROT, prays judgment against the Defendant, KATHLEEN HEBERER, Individually, for a fair and reasonable sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), for attorneys fees and costs, and for such other relief as is just and proper.

### COUNT VIII

1-18. That the Plaintiff realleges paragraphs 1 through 18 of Count I as paragraphs 1 through 18 of this Count VIII and hereby incorporates them as though fully set forth herein.

19. That on or about December 30, 2002, the Plaintiff, RICHARD GIROT, was lawfully present at the hearing at Braidwood City Hall in the City of Braidwood, State of Illinois.

20. That at the time and place aforesaid, and subsequent thereto, Defendant, HOMER COLE, Individually, was then and there guilty of one or more of the following wrongful acts;

a) Failed to substitute biased board member, SUE GRYGIEL;

b) Failed to provide the Plaintiff with a fair hearing on said objections;

c) Denied Plaintiff's request to replace board member, SUE GRYGIEL; and

d) Denied Plaintiff of his Fourteenth Amendment due process rights of an impartial hearing on his election petitions.

21. That as a direct and proximate result of the actions of the Defendant, HOMER COLE, Individually, the Plaintiff, RICHARD GIROT, was injured, deprived of his freedom, humiliated, embarrassed, suffered great and lasting mental anguish, denied a

-13-

political opportunity, and was thereby injured and damaged.

22. That the Plaintiff is entitled to recovery of his costs and reasonable attorneys fees incurred herein pursuant to 42 United States Code, Section 1988.

WHEREFORE, the Plaintiff, RICHARD GIROT, prays judgment against the Defendant, HOMER COLE, Individually, for a fair and reasonable sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), for attorneys fees and costs, and for such other relief as is just and proper.

### COUNT IX

1-17. That the Plaintiff realleges paragraphs 2 through 18 of Count I as paragraphs 1 through 17 of this Count IX and hereby incorporates them as though fully set forth herein.

18. That this is a civil action pursuant to Section 5/29-17 of the Illinois Election Code.

19. That on or about December 30, 2002, the Plaintiff, RICHARD GIROT, was lawfully present at the hearing at Braidwood City Hall in the City of Braidwood, State of Illinois.

20. That at the time and place aforesaid, and subsequent thereto, the Defendant, SUE GRYGIEL, in her official capacity, was then and there guilty of one or more of the following wrongful acts:

   a)   Failed to substitute biased board member, SUE GRYGIEL;

   b)   Failed to provide the Plaintiff with a fair hearing on said objections;

   c)   Denied Plaintiff's request to replace board member, SUE GRYGIEL; and

-14-

    d)   Denied Plaintiff of his Fourteenth Amendment due

process rights of an impartial hearing on his election

petitions.

21.  That as a direct and proximate result of the actions of

the Defendant, SUE GRYGIEL, in her official capacity, the

Plaintiff, RICHARD GIROT, was injured, deprived of his freedom,

humiliated, embarrassed, suffered great and lasting mental

anguish, denied a political opportunity, and was thereby injured

and damaged.

WHEREFORE, the Plaintiff, RICHARD GIROT, prays judgment

against the Defendant, SUE GRYGIEL, in her official capacity, for

a fair and reasonable sum in excess of FIFTY THOUSAND DOLLARS

($50,000.00), for attorneys fees and costs, and for such other

relief as is just and proper.

### COUNT X

1-17.  That the Plaintiff realleges paragraphs 2 through 18

of Count I as paragraphs 1 through 17 of this Count X and hereby

incorporates them as though fully set forth herein.

18.  That this is a civil action pursuant to Section 5/29-17

of the Illinois Election Code.

19.  That on or about December 30, 2002, the Plaintiff,

RICHARD GIROT, was lawfully present at the hearing at Braidwood

City Hall in the City of Braidwood, State of Illinois.

20.  That at the time and place aforesaid, and subsequent

thereto, the Defendant, KATHLEEN HEBERER, in her official

capacity, was then and there guilty of one or more of the

following wrongful acts:

-15-

a) Failed to substitute biased board member, SUE GRYGIEL;

b) Failed to provide the Plaintiff with a fair hearing on said objections;

c) Denied Plaintiff's request to replace board member, SUE GRYGIEL; and

d) Denied Plaintiff of his Fourteenth Amendment due process rights of an impartial hearing on his election petitions.

21. That as a direct and proximate result of the actions of the Defendant, KATHLEEN HEBERER, in her official capacity, the Plaintiff, RICHARD GIROT, was injured, deprived of his freedom, humiliated, embarrassed, suffered great and lasting mental anguish, denied a political opportunity, and was thereby injured and damaged.

WHEREFORE, the Plaintiff, RICHARD GIROT, prays judgment against the Defendant, KATHLEEN HEBERER, in her official capacity, for a fair and reasonable sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), for attorneys fees and costs, and for such other relief as is just and proper.

### COUNT XI

1-17. That the Plaintiff realleges paragraphs 2 through 18 of Count I as paragraphs 1 through 17 of this Count XI and hereby incorporates them as though fully set forth herein.

18. That this is a civil action pursuant to Section 5/29-17 of the Illinois Election Code.

19. That on or about December 30, 2002, the Plaintiff, RICHARD GIROT, was lawfully present at the hearing at Braidwood

-16-

City Hall in the City of Braidwood, State of Illinois.

20. That at the time and place aforesaid, and subsequent thereto, the Defendant, HOMER COLE, in his official capacity, was then and there guilty of one or more of the following wrongful acts:

    a) Failed to substitute biased board member, SUE GRYGIEL;

    b) Failed to provide the Plaintiff with a fair hearing on said objections;

    c) Denied Plaintiff's request to replace board member, SUE GRYGIEL; and

    d) Denied Plaintiff of his Fourteenth Amendment due process rights of an impartial hearing on his election petitions.

21. That as a direct and proximate result of the actions of the Defendant, HOMER COLE, in his official capacity, the Plaintiff, RICHARD GIROT, was injured, deprived of his freedom, humiliated, embarrassed, suffered great and lasting mental anguish, denied a political opportunity, and was thereby injured and damaged.

WHEREFORE, the Plaintiff, RICHARD GIROT, prays judgment against the Defendant, HOMER COLE, in his official capacity, for a fair and reasonable sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), for attorneys fees and costs, and for such other relief as is just and proper.

## COUNT XII

1-17. That the Plaintiff realleges paragraphs 2 through 18 of Count I as paragraphs 1 through 17 of this Count XII and

-17-

hereby incorporates them as though fully set forth herein.

18. That this is a civil action pursuant to Section 5/29-17 of the Illinois Election Code.

19. That on or about December 30, 2002, the Plaintiff, RICHARD GIROT, was lawfully present at the hearing at Braidwood City Hall in the City of Braidwood, State of Illinois.

20. That at the time and place aforesaid, and subsequent thereto, the Defendant, SUE GRYGIEL, Individually, was then and there guilty of one or more of the following wrongful acts:

    a)   Failed to substitute biased board member, SUE GRYGIEL;

    b)   Failed to provide the Plaintiff with a fair hearing on said objections;

    c)   Denied Plaintiff's request to replace board member, SUE GRYGIEL; and

    d)   Denied Plaintiff of his Fourteenth Amendment due process rights of an impartial hearing on his election petitions.

21. That as a direct and proximate result of the actions of the Defendant, SUE GRYGIEL, Individually, the Plaintiff, RICHARD GIROT, was injured, deprived of his freedom, humiliated, embarrassed, suffered great and lasting mental anguish, denied a political opportunity, and was thereby injured and damaged.

WHEREFORE, the Plaintiff, RICHARD GIROT, prays judgment against the Defendant, SUE GRYGIEL, Individually, for a fair and reasonable sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), for attorneys fees and costs, and for such other relief as is just and proper.

COUNT XIII

1-17.  That the Plaintiff realleges paragraphs 2 through 18 of Count I as paragraphs 1 through 17 of this Count XIII and hereby incorporates them as though fully set forth herein.

18.  That this is a civil action pursuant to Section 5/29-17 of the Illinois Election Code.

19.  That on or about December 30, 2002, the Plaintiff, RICHARD GIROT, was lawfully present at the hearing at Braidwood City Hall in the City of Braidwood, State of Illinois.

20.  That at the time and place aforesaid, and subsequent thereto, the Defendant, KATHLEEN HEBERER, Individually, was then and there guilty of one or more of the following wrongful acts:

a)  Failed to substitute biased board member, SUE GRYGIEL;

b)  Failed to provide the Plaintiff with a fair hearing on said objections;

c)  Denied Plaintiff's request to replace board member, SUE GRYGIEL; and

d)  Denied Plaintiff of his Fourteenth Amendment due process rights of an impartial hearing on his election petitions.

21.  That as a direct and proximate result of the actions of the Defendant, KATHLEEN HEBERER, Individually, the Plaintiff, RICHARD GIROT, was injured, deprived of his freedom, humiliated, embarrassed, suffered great and lasting mental anguish, denied a political opportunity, and was thereby injured and damaged.

WHEREFORE, the Plaintiff, RICHARD GIROT, prays judgment against the Defendant, KATHLEEN HEBERER, Individually, for a fair and reasonable sum in excess of FIFTY THOUSAND DOLLARS

($50,000.00), for attorneys fees and costs, and for such other

relief as is just and proper.

## COUNT XIV

1-17. That the Plaintiff realleges paragraphs 2 through 18 of Count I as paragraphs 1 through 17 of this Count XIV and hereby incorporates them as though fully set forth herein.

18. That this is a civil action pursuant to Section 5/29-17 of the Illinois Election Code.

19. That on or about December 30, 2002, the Plaintiff, RICHARD GIROT, was lawfully present at the hearing at Braidwood City Hall in the City of Braidwood, State of Illinois.

20. That at the time and place aforesaid, and subsequent thereto, the Defendant, HOMER COLE, Individually, was then and there guilty of one or more of the following wrongful acts:

a)  Failed to substitute biased board member, SUE GRYGIEL;

b)  Failed to provide the Plaintiff with a fair hearing on said objections;

c)  Denied Plaintiff's request to replace board member, SUE GRYGIEL; and

d)  Denied Plaintiff of his Fourteenth Amendment due process rights of an impartial hearing on his election petitions.

21. That as a direct and proximate result of the actions of the Defendant, HOMER COLE, Individually, the Plaintiff, RICHARD GIROT, was injured, deprived of his freedom, humiliated, embarrassed, suffered great and lasting mental anguish, denied a political opportunity, and was thereby injured and damaged.

-20-

WHEREFORE, the Plaintiff, RICHARD GIROT, prays Judgment against the Defendant, HOMER COLE, Individually, for a fair and reasonable sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), for attorneys fees and costs, and for such other relief as is just and proper.

## COUNT XV

1-17. That the Plaintiff realleges paragraphs 2 through 18 of Count I as paragraphs 1 through 17 of this Count XV and hereby incorporates them as though fully set forth herein.

18. That this is a civil action pursuant to Section 5/29-17 of the Illinois Election Code.

19. That on or about December 30, 2002, the Plaintiff, RICHARD GIROT, was lawfully present at the hearing at Braidwood City Hall in the City of Braidwood, State of Illinois.

20. That the CITY OF BRAIDWOOD, a Municipal Corporation, then and there were guilty of one or more of the following wrongful acts:

a) Adopted a decision which allowed a board member to sit as a factfinder while being called as a witness at the same hearing;

b) Failed to provide the Plaintiff with a fair hearing on said objections:

c) Denied Plaintiff's request to replace board member, SUE GRYGIEL; and

d) Denied Plaintiff of his Fourteenth Amendment due process rights of an impartial hearing on his election petitions.

-21-

21.   That as a direct and proximate result of the actions of the Defendant, CITY OF BRAIDWOOD, the Plaintiff, RICHARD GIROT, was injured, deprived of his freedom, humiliated, embarrassed, suffered great and lasting mental anguish, denied a political opportunity, and was thereby injured and damaged.

WHEREFORE, the Plaintiff, RICHARD GIROT, prays judgment against the Defendant, CITY OF BRAIDWOOD, for a fair and reasonable sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), for attorneys fees and costs, and for such other relief as is just and proper.

### COUNT XVI

1-17.   That the Plaintiff realleges paragraphs 2 through 18 of Count I as paragraphs 1 through 17 of this Count XVI and hereby incorporates them as though fully set forth herein.

18.   That this is a civil action pursuant to Section 5/29-17 of the Illinois Election Code.

19.   That on or about December 30, 2002, the Plaintiff, RICHARD GIROT, was lawfully present at the hearing at Braidwood City Hall in the City of Braidwood, State of Illinois.

20.   That the MUNICIPAL OFFICERS ELECTORAL BOARD of the City of Braidwood then and there were guilty of one or more of the following wrongful acts:

a)   Adopted a decision which allowed a board member to sit as a factfinder while being called as a witness at the same hearing;

b)   Failed to provide the Plaintiff with a fair hearing on said objections;

c) Denied Plaintiff's request to replace LOUIS GRYGIEL; and

d) Denied Plaintiff of his Fourteenth Amendment due process rights of an impartial hearing on his election petitions.

21. That as a direct and proximate result of the actions of the Defendant, MUNICIPAL OFFICERS ELECTORAL BOARD of the City of Braidwood, the Plaintiff, RICHARD GIROT, was injured, deprived of his freedom, humiliated, embarrassed, suffered great and lasting mental anguish, denied a political opportunity, and was thereby injured and damaged.

WHEREFORE, the Plaintiff, RICHARD GIROT, prays judgment against the Defendant, MUNICIPAL OFFICERS ELECTORAL BOARD of the City of Braidwood, for a fair and reasonable sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), for attorneys fees and costs, and for such other relief as is just and proper.

RICHARD GIROT, Plaintiff,

BY: _____
SCOTT PYLES
One of the Attorneys for Plaintiff

SCOTT PYLES/6208185
KROCKEY, CERNUGEL, COWGILL
CLARK & PYLES, LTD.
3100 Theodore Street
Suite 101
Joliet, IL 60435
(815) 729-3600

Kem\Girot\Complaint5

-23-

STATE OF ILLINOIS )
) SS.
COUNTY OF WILL )

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL DISTRICT
WILL COUNTY, ILLINOIS

RICHARD GIROT, )
Plaintiff, )
)
vs. )   No. 04 L    734
)
MUNICIPAL OFFICERS ELECTORAL BOARD )
of the City of Braidwood, SUE )
GRYGIEL, KATHLEEN KEBERER, and )
HOMER COLE, both in their official )
capacities and Individually, and )
the CITY OF BRAIDWOOD, a Municipal )
Corporation, )
Defendants. )

## AFFIDAVIT OF COUNSEL
## PURSUANT TO RULE 222(b) OF THE
## ILLINOIS SUPREME COURT RULES

SCOTT PYLES, one of the attorneys of record for the

Plaintiff, RICHARD GIROT, in the above entitled cause, states to

the best of his knowledge, information and belief that the

damages sought pursuant to the attached Complaint are in excess

of FIFTY THOUSAND AND NO/100THS ($50,000.00) DOLLARS.

FURTHER AFFIANT SAYETH NOT.

_____
SCOTT PYLES

Sworn and Subscribed before me:

Date/ _December 27, 2004_

_____
Notary Public

"OFFICIAL SEAL"
KATHY MROZINSKI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9/24/2005

SCOTT PYLES / 6208185
KROCKEY, CERNUGEL, COWGILL
CLARK & PYLES, LTD.
3100 Theodore Street
Suite 101
Joliet, Illinois 60435
(815) 729-3600

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL DISTRICT
WILL COUNTY, ILLINOIS

RICHARD GIROT,

     Plaintiff,

   vs.

MUNICIPAL OFFICERS ELECTORAL BOARD
of the City of Braidwood, SUE
GRYGIEL, KATHLEEN HEBERER, and
HOMER COLE, both in their official
capacities and Individually, and
the CITY OF BRAIDWOOD, a Municipal
Corporation,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

N 04 L 734

PLEASE SERVE:
Kathleen Heberer
355 W. Main Street
Braidwood, IL 60408

## SUMMONS

To each defendant:

  You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court, 14 West Jefferson Street, Joliet, Illinois, Room 212, within 30 days After service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

  This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned so endorsed. *perued 1-10-05*

  This summons may not be served later than 30 days after its date.

WITNESS _____ DEC 27 2004 _____, 20____

_____ O J. McGUIRE _____
(Clerk of the Circuit Court)

By:_____
    (Deputy)

(Plaintiff's Attorney or Plaintiff if not represented by Attorney)

NAME: SCOTT PYLES
FIRM: KROCKEY, CERNUGEL, COWGILL, CLARK & PYLES, LTD.
ATTORNEY FOR: Plaintiffs
ADDRESS: 3100 Theodore Street, Suite 101
CITY: Joliet, IL 60435
TELEPHONE: (815) 729-3600